UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 88-2406-CIV-MORENO

MICHAEL POTTINGER, PETER
CARTER AND BERRY YOUNG,

    Plaintiffs,

v.

CITY OF MIAMI,

    Defendant.
_____/

## ENTRY OF APPEARANCE

ARTHUR J. ROSENBERG, hereby enters his Notice of Appearance as co-counsel on behalf of plaintiffs, Michael Pottinger, Peter Carter, and Berry Young, in the above captioned matter.

          Respectfully submitted,

          Arthur J. Rosenberg, Esq.
          Florida Bar No. 967580
          FLORIDA LEGAL SERVICES
          3000 Biscayne Boulevard, Suite 102
          Miami, FL 33137
          Tel: 305-573-0092
          Facsimile: 305-576-9664
          Email: arthur@floridalegal.org

BY:   /S/ARTHUR J. ROSENBERG
       ARTHUR J. ROSENBERG

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 23rd day of December, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on

1

the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: */S/ARTHUR J. ROSENBERG*
ARTHUR J. ROSENBERG

## SERVICE LIST

Victoria Mendez, City Attorney
Warren Bittner, Deputy City Attorney
Attorney for the City of Miami
444 S.W. 2nd Avenue, Suite 945
Miami, FL 33130-1910
Tel: (305) 416-1800
Fax: (305) 416-1801
wrbittner@miamigov.com
brvogler@miamigov.com

Thomas E. Scott, Esq.
Counsel for the City of Miami
Cole, Scott & Kissane, P.A.
Dadeland Centre II – Suite 1400
9150 South Dadeland Boulevard
Miami, FL 33156
Tel: (305) 350-5300
Fax: (305) 373-2294
Thomas.scott@csklegal.com
Scott.cole@csklegal.com