

December 13, 2013

*Via Electronic Mail*

Thomas E. Scott, Esq.
Scott A. Cole, Esq.
Cole, Scott & Kissane, P.A.
Dadeland Centre II – Suite 1400
Miami, FL 33156

Benjamin S. Waxman, Esq.
Robbins, Tunkey, Ross,
  Amsel, Raben & Waxman, P.A.
2250 S.W. 3rd Avenue, 4th Floor
Miami, FL 33129

> Re; *Michael Pottinger, et al., v. City of Miami*
>      *Case Number:  88-2406-CIV-Moreno*

Dear Messrs: Scott and Waxman:

Pursuant to the Court's order of November 14, 2013 (DE 516) enclosed please find our invoice for professional services and disbursements related to the above-captioned matter, through and including December 15, 2013.

I have reviewed the invoice for accuracy as well as my fee reduction. I have split the bill 50-50 for your convenience. Please approve and process it for payment.

Thanks again for allowing me to work with you.

Sincerely,

Angel A. Cortiñas

AAC/esr
Enclosure



777 South Flagler Drive, Suite 500
West Palm Beach, Florida 33401
Phone (561) 655-1980
Fax No. (561) 655-5677
Taxpayer ID No. 59-1450702

December 16, 2013

Thomas E. Scott, Esq.
Soctt A. Cole, Esq.
Cole, Scott & Kissane, P.A
Dadeland Centre II – Suite 1400
Miami, FL  33156

Benjamin S. Waxman, Esq.
Robbins, Tunkey, Ross
 Amsel, Raben & Waxman, P.A
2250 SW 3rd Avenue, 4th Floor
Miami, FL  33129

*Please remit with payment*

## Invoice for Professional Services

*Client Name:*   Angel A. Cortiñas, as Mediator
*Matter Name:*   In the Mediation of Micahel Pottinger, et al., v. City of Miami

| | |
|---|---|
| *Invoice Date:* | December 16, 2013 |
| *Client.Matter No.:* | 37416.2 |
| *Invoice No.:* | 464456 |

### TO PAID IN EQUAL SHARES OF 50% EACH

For Legal Services Rendered Through  December 13, 2013

| | |
|---|---|
| *Total Fees Due* | $23,000.00 |
| *Total Disbursements Due* | $123.30 |
| *Amount Due this Bill* | $23,123.30 |

| ACCOUNT BALANCE | | | | | |
|---|---|---|---|---|---|
| Current | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | Cole, Scott & Kissane, P.A | Robbins, Tunkey, Ross Amsel, Raben & Waxman, P.A |
| $23,123.30 | $0.00 | $0.00 | $0.00 | **$11,561.65** | **$11,561.65** |

*If you have any questions, please contact our Client Services - Accounts Receivable Department at (561) 650-0643.*

**Please remit payment by mail to:**   Gunster
777 South Flagler Drive
Suite 500 East Tower
West Palm Beach, FL  33401
*Please enclose this page with your payment to ensure proper credit*

**Please remit payment by wire to**

*Please reference Client Matter Number or Invoice#*

Wells Fargo Bank, N.A.
420 Montgomery Street San Francisco, CA 94104
Account Name: Gunster Yoakley & Stewart Operating Account
Account Number: 2000044459107
ABA Number: 121000248
Swift Number: WFBIUS6S CHIPS: 0407 *(for Int'l wires only)*



777 South Flagler Drive, Suite 500
West Palm Beach, Florida 33401
Phone (561) 655-1980
Fax No. (561) 655-5677
Taxpayer ID No. 59-1450702

December 16, 2013

Thomas E. Scott, Esq.
Soctt A. Cole, Esq.
Cole, Scott & Kissane, P.A
Dadeland Centre II – Suite 1400
Miami, FL 33156

Benjamin S. Waxman, Esq.
Robbins, Tunkey, Ross
  Amsel, Raben & Waxman, P.A
2250 SW 3rd Avenue, 4th Floor
Miami, FL 33129

## Invoice for Professional Services

*Client Name:*   Angel A. Cortiñas, as Mediator
*Matter Name:*   In the Mediation of Micahel Pottinger, et al., v. City of Miami

| | |
|---|---|
| *Invoice Date:* | December 16, 2013 |
| *Client.Matter No.:* | 37416.2 |
| *Invoice No.:* | 464456 |

### TO PAID IN EQUAL SHARES OF 50% EACH

For Legal Services Rendered Through  December 13, 2013

| | |
|---|---|
| *Total Fees Due* | $23,000.00 |
| *Total Disbursements Due* | $123.30 |
| *Amount Due this Bill* | $23,123.30 |

| ACCOUNT BALANCE | | | | | |
|---|---|---|---|---|---|
| Current | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | Cole, Scott & Kissane, P.A | Robbins, Tunkey, Ross Amsel, Raben & Waxman, P.A |
| $23,123.30 | $0.00 | $0.00 | $0.00 | **$11,561.65** | **$11,561.65** |
| *If you have any questions, please contact our Client Services - Accounts Receivable Department at (561) 650-0643.* | | | | | |

**CLIENT COPY**

SABMAY/CORANG