UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 88-2406-CIV-MORENO**

MICHAEL POTTINGER, PETER CARTER,
and BERRY YOUNG,

        Plaintiffs,

vs.

CITY OF MIAMI,

        Defendant.
_____/

## ORDER SETTING STATUS CONFERENCE

THIS CAUSE came before the Court upon the City of Miami's Motion for Termination, or Alternatively, Modification of the Pottinger Consent Decree **(D.E. 566)**, and the Plaintiffs' Motion to Enforce the Pottinger Consent Decree and to Hold the City in Contempt **(D.E. 568)** filed on **May 30, 2018**. It is

**ADJUDGED** that a status conference on procedural issues only shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 13-3, 400 North Miami Avenue, Miami, Florida 33128, on **Tuesday June 5, 2018 at 9:30 AM**. Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate.

DONE AND ORDERED in Chambers at Miami, Florida, this 31 of May 2018.

                              ROBERT N. SCOLA, JR. for:
                              FEDERICO A. MORENO
                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record