UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 88-2406-CIV-MORENO

MICHAEL POTTINGER, et al.,

    Plaintiffs,

vs.

CITY OF MIAMI,

    Defendant.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the undersigned counsel is admitted to practice in this Court and hereby enters her Notice of Appearance as co-counsel on behalf of Plaintiffs in the above-captioned matter.

Date: July 10, 2018    Respectfully submitted,

    */s/ Nancy G. Abudu*

    Nancy G. Abudu
    Florida Bar No. 111881
    nabudu@aclufl.org
    ACLU Foundation of Florida, Inc.
    4343 W. Flagler Street, Suite 400
    Miami, FL 33137
    Phone: 786-363-2700
    Fax: 786-363-1108

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was served by the Court's CM/ECF notice of electronic filing system on July 10, 2018, on all counsel or parties of record.

*/s/ Nancy G. Abudu*
Nancy G. Abudu