UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 88-2406-CIV-MORENO**

MICHAEL POTTINGER, PETER CARTER,
and BERRY YOUNG,

        Plaintiffs,

vs.

CITY OF MIAMI,

        Defendant.
_____/

## ORDER ALLOWING WITNESSES TO ENTER COURTHOUSE

THIS CAUSE came before the Court upon Plaintiff's List of Homeless Witnesses to Present Testimony on September 26, 2018.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the persons named in the attached list, who are witnesses and plaintiffs in this action, shall be permitted to enter the Wilkie D. Ferguson Courthouse on Wednesday September 26, 2018 to present testimony, after Court Security performs its routine security measures. Although most of the witnesses or plaintiffs will have photograph identifications from Camillus House, others without identification shall also be allowed to enter.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th of September 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 88-2406-CIV-MORENO

MICHAEL POTTINGER, et al.,

    Plaintiffs,

vs.

CITY OF MIAMI,

    Defendant.
_____/

## PLAINTIFFS' LIST OF HOMELESS WITNESSES TO PRESENT TESTIMONY ON SEPTEMBER 26, 2018

Plaintiffs intend to call the following homeless witnesses on September 26, 2018 to present testimony in support of Plaintiffs' Motion to Enforce the Pottinger Consent Decree and to Hold the City in Contempt.

1. Alexander McCray
2. Anthony Rozier
3. Ashley Self
4. Barry Alston
5. Benson Brown
6. Brandon Massey
7. Brenda Davis
8. Bryan Person
9. Carl Winston
10. Carlos Trimino
11. Carlton Brewton
12. Cathedral Beauford
13. Charles McCoy
14. Cherry Davis
15. Chetwyn Archer
16. Danny Dessassau

17. David Peery
18. David Walkerow
19. Dennis Sinclaor
20. Derrick Brown
21. Donald Bell
22. Donald White
23. Early Pierce
24. Eddie Fisher
25. Eladio Morales
26. Eli Halter
27. Elizabeth Stephens
28. Ellis Haynes
29. Eugene Evans
30. Felix De Armas
31. Fernando Guerrero
32. Guthrie Chibanguza
33. Herman Deveaux
34. Jackie Wright
35. Jacob Miller
36. James Gainey
37. Java Houston
38. Jeffrey Stanley
39. Jerry Coates
40. Jose Hernandez Miranda
41. Joseph Grove
42. Kandi Robinson
43. Kevin Henderson
44. Kristopher Taylor
45. Leonel Frage
46. Lew Johnson
47. Malik Saluki
48. Marivic Perez
49. Markell King
50. Maxie Daniels
51. Michael Blasko
52. Michael Donald
53. Michael Johnson
54. Morris White
55. Pablo Herrera
56. Rafael Aguiar
57. Rafael Villalonga

58. Richard Pryor
59. Robert Celenza
60. Robert Lane
61. Robert Rhoads
62. Robert Sproulis
63. Roberto Ruiz Torres
64. Ronald Williams
65. Ronnie Hillard
66. Shane Mayers
67. Stephen Allen
68. Terrance Wilson
69. Terrell Mack
70. Terry Fluker
71. Toney Graham
72. Vijay Ganta
73. Wayne Pitts
74. Wilbert Hill
75. Wilbur Cauley
76. William Starling
77. William Yuommes Malachi
78. Willie Grant
79. Willie Richardson
80. Yolando Fajardo

Dated: September 25, 2018

Respectfully submitted,

/s/ *Isha Kochhar*
Isha Kochhar

Benjamin S. Waxman, Esq.
Florida Bar No. 403237
Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Blvd., Suite 1300
Miami, FL 33131
(305) 371-6421
benji@benjaminwaxmanlaw.com

3