UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 88-2406-CIV-MORENO

MICHAEL POTTINGER, PETER
CARTER AND BERRY YOUNG,
    Plaintiffs,

vs.

CITY OF MIAMI,
    Defendant.
_____/

**Plaintiffs' Notice of Proposed Dates for Completion of Hearing**

The Plaintiffs, through undersigned counsel, based on consultation and agreement with counsel for the City, submit the following dates as ones on which to complete the presentation of testimony and evidence in the hearing commenced September 24, 2018: Wednesday, November 21, 2018 (the day before Thanksgiving); two half days, the afternoon of Monday, November 19, 2018, together with the morning of Wednesday, November 21, 2018; Tuesday, December 18, 2018; or Wednesday, December 19, 2018.

Benjamin S. Waxman, Esq.
Florida Bar No. 403237
Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Blvd., Suite 1300
Miami, FL 33131
(305) 371-6421
benji@benjaminwaxmanlaw.com

Stephen J. Schnably, Esq.
Admitted Pro Hac Vice
Miami ACLU Cooperating Attorney
University of Miami School of Law
1311 Miller Drive
Coral Gables, FL 33146
Tel: 305-284-4817
Fax: 305-284-6619
schnably@law.miami.edu

Dante P. Trevisani
Florida Bar No. 72912
Ray Taseff
Florida Bar No. 352500
Florida Justice Institute
100 SE 2nd St, Suite 3750
Miami, FL 33131-2115
Tel: 305-358-2081
Fax: 305-358-0910
dtrevisani@floridajusticeinstitute.org
rtaseff@floridajusticeinstitute.org


Isha Kochhar
Florida Bar No. 105294
1806 North Flamingo Road, Suite 305
Pembroke Pines, FL 33028
Tele: (954) 292-5787
Fax: (954) 620-0042
isha@kochharlegal.com

Respectfully submitted,

Valerie Jonas, Esq.
Florida Bar No. 616079
Weitzner and Jonas
1444 Biscayne Blvd Ste 207
Miami, FL 33132-1430
Tel: 786-254-7930
Fax: 305-358-0910
valeriejonas77@gmail.com

Arthur J. Rosenberg, Esq.
Florida Bar No. 967580
601 NE 56th St
Miami, FL 33137-2317
Tel:  786-269-6749
tacajr@bellsouth.net

Nancy G. Abudu
Florida Bar No. 111881
Legal Director, American Civil Liberties
Union Foundation of Florida, Inc.
4343 West Flagler Street, Suite 400
Miami, FL 33134
Tel: 786-363-3707
nabudu@aclull.org

Anna T. Neill
Florida Bar No. 100945
Kenny Nachwalter P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
Tele: 305-373-1000
Fax: 305-372-1861
aneill@knpa.com



Cooperating Attorneys for the ACLU

BY:     /s/ *Benjamin S. Waxman*
         BENJAMIN S. WAXMAN

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 15th day of October, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY:  /s/ *Benjamin S. Waxman*
     BENJAMIN S. WAXMAN

## SERVICE LIST

Victoria Méndez
City Attorney
444 SW 2nd Avenue, Suite 945
Miami, FL 33130-1910
Tel.: (305) 416-1800
Fax: (305) 416-1801

John A. Greco
Deputy City Attorney
444 SW 2nd Avenue, Suite 945
Miami, FL 33130-1910
Tel.: (305) 416-1800
Fax: (305) 416-1801
jgreco@miamigov.com

George K. Wysong
Senior Assistant City Attorney
444 SW 2nd Avenue, Suite 945
Miami, FL 33130-1910
Tel.: (305) 416-1800
Fax: (305) 416-1801
gkwysong@miamigov.com

Douglas A. Harrison
Assistant City Attorney
444 SW 2nd Avenue, Suite 945
Miami, FL 33130-1910
Tel.: (305) 416-1800
Fax: (305) 416-1801
daharrison@miamigov.com

J.C. Perez
Assistant City Attorney
444 SW 2nd Avenue, Suite 945
Miami, FL 33130-1910
Tel.: (305) 416-1800
Fax: (305) 416-1801
jcperez@miamigov.com